# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00099-CR

**Justin Edward Panus, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
## NO. 16-2610-K368, THE HONORABLE RICK J. KENNON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Justin Edward Panus filed a notice of appeal from the district court's order denying forensic DNA testing. *See* Tex. Code Crim. Proc. art. 64.04-.05. No record on the order denying DNA testing was taken. Panus's brief was originally due on May 4, 2020, but he requested and received a lengthy extension of time to file it until November 20, 2020.

Panus has now filed another motion for extension of time, seeking an additional sixty days to file his pro se brief because his prison unit has been on quarantine lockdown due to COVID-19, compounding the difficulty of preparing his brief. We grant the motion and order Panus to file his pro se brief no later than Tuesday, January 19, 2021. If the brief is not filed by that date, the appeal may be submitted on the record alone. *See* Tex. R. App. P. 38.8(b)(4).

It is ordered on December 15, 2020.

Before Chief Justice Rose, Justices Baker and Kelly